■ JOHN M. SWIECA, Respondent-Appellant, v CITY OF BUFFALO, Appellant-Respondent. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Gossel, J. (Appeals from order of Supreme Court, Erie County, Gossel, J. — summary judgment.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Schnepp, JJ.